ERNEST RAGUCCI, PETITIONER-PETITIONER, v. JACQUES KREISLER MANUFACTURING CORP., RESPONDENT-RESPONDENT.

*Mr. Morris Edelstein* and *Mr. Herman M. Wilson* for the petitioner.

*Messrs. Vaccaro & Osborne* for the respondent.

December 19, 1967. Denied.

DORIS WEINBERG, PETITIONER-RESPONDENT, v. TODD SHIPYARDS, RESPONDENT-PETITIONER.

See same case below: 97 *N. J. Super.* 289.
*Messrs. Haskins, Robottom & Hack* for the petitioner.

*Mr. Alexander J. Menza* for the respondent.

December 19, 1967. Denied.